1506

## CASE ANNOUNCEMENTS
*May 27, 2011*

[Cite as *05/27/2011 Case Announcements*, 2011-Ohio-2554.]

### MOTION AND PROCEDURAL RULINGS

**2010–0854.   State v. Kirkland.**
Hamilton C.P. No. B–0901629. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Hamilton County.

Upon consideration of the joint motion to supplement the record, it is ordered by the court that the motion is granted.

It is further ordered that the clerk of courts of Hamilton County shall supplement the record with the jury questionnaires within 20 days of the date of this entry.

**2010–1105.   State v. Osie.**
Butler C.P. No. CR2009–02–0302. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Butler County.

Upon consideration of appellant's motion to supplement the record, it is ordered by the court that the motion is denied.

**2010–1406.   State v. Pickens.**
Hamilton C.P. No. B–0905088. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Hamilton County.

Upon consideration of appellant's motion to supplement the record, it is ordered by the court that the motion is granted.

It is further ordered that the clerk of courts of Hamilton County shall supplement the record with the jury questionnaires within 20 days of the date of this entry.

### MISCELLANEOUS ORDERS

**2004–2150.   Ohio State Bar Assn. v. Allen.**
This cause came on for further consideration upon the filing by respondent, John Allen, of two motions to purge contempt.

Upon consideration thereof, it is ordered by the court that the motions are denied.

## CASE ANNOUNCEMENTS
*May 27, 2011*

[Cite as *05/27/2011 Case Announcements #2*, 2011-Ohio-2581.]

### MOTION AND PROCEDURAL RULINGS

**2011–0802.   State v. Sowards.**
Gallia App. No. 09CA8, 2011-Ohio-1660. This cause is pending before the court as a discretionary appeal and claimed appeal of right.

Upon consideration of appellant's motion for stay of sentence, it is ordered by the court that the motion is granted. Appellant's sentence is stayed pending final resolution of this appeal.

LUNDBERG STRATTON, J., dissents.